Travis, Appellant, *v.* Department of Public Welfare, Commonwealth of Pennsylvania.

Argued September 27, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Tom M. Lytton,* for appellant.

*Sidney V. Blecker,* Assistant Attorney General, with him *Marx S. Leopold,* Assistant Attorney General, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, December 29, 1971:

Order affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.